# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KENDRA ZENGIL,

                         Plaintiff,

-vs-                                                    Case No.  6:11-cv-430-Orl-31GJK

MAGICAL CRUISE COMPANY,
LIMITED,

                         Defendant.
_____

# ORDER

        This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING (Doc. No. 8)** |
| **FILED:** | **April 22, 2011** |

_____

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.  Defendant's responsive pleading shall be filed on or before May 26, 2011.

        **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2011.

                                                         GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party